UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW WYLES WATERS, et al.,<br><br>    Defendants. | Case No. 2:23-cv-06799-GW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NO. 96] |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for a Report and Recommendation to Strike Defendants' Answer Pursuant to Fed. R. Civ. P. 37(b) ("Plaintiff's Motion") and accompanying documents, and all of the records herein, including the April 28, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS HEREBY ORDERED that Plaintiff's Motion is conditionally granted and the Answers of Defendants Andrew Wyles Waters ("Defendant Waters") and Helen Q. Waters (collectively, "Defendants") shall be stricken unless, within thirty (30) days of the date of this Order: (1) Defendants sign and produce to Plaintiff Defendants' written Initial Disclosures; (2) Defendant Waters conducts a

reasonably diligent search for the information called for by Plaintiff's First Set of Interrogatories ("Interrogatories") and produces signed written verified responses without objections thereto to Plaintiff; (3) Defendant Waters conducts a reasonably diligent search for documents called for by Plaintiff's First Set of Requests for Production of Documents ("Document Requests"), including making inquiry of third parties who may possess such documents, and produces signed written responses without objections thereto to Plaintiff; (4) Defendant Waters produces all heretofore unproduced documents in his possession, custody or control that are responsive to the Document Requests to Plaintiff; and (5) Defendant Waters produces a declaration under penalty of perjury describing his affirmative efforts to obtain the information and documents called for by the Interrogatories and Document Requests.

   IT IS ALSO ORDERED that the parties shall file a joint status report within forty-five (45) days, updating the Court as to the status of Defendants' compliance with this Order.

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order on the parties to this action.

   IT IS SO ORDERED.

DATED: May 16, 2025

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE